IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 09-5002-CV-SW-GAF |
| REBECCA ADKINS, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Now before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 7, 2009